IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACUE WICKS, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | Docket no.: 6:10-CV-1357 |
| | § | |
| VS. | § | |
| | § | |
| BBX, INC., and GERALD MILLER | § | |
| | § | |
| Defendants. | § | |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 13 2012

LAWRENCE K. BAERMAN, Clerk
UTICA

## Stipulation of Dismissal Without Prejudice

This is a trucking case. Defendant recently requested to sue the driver of the rig occupied by Wicks and the driver's employer. At least one of them is a citizen of Tennessee, which is Wicks' domicile. As a result, Plaintiff would also want to add the new parties but he cannot do so because there is no diversity of citizenship. If Defendant filed a third party claim against the new parties pursuant to Fed. R. Civ. P. 14(a)(1), Plaintiff would still be unable to sue the new parties, even though they were made a party to this suit, because 28 U.S.C. 1367(b) requires that there be diversity of citizenship.

Because of these jurisdictional problems and the fact that we cannot join all potentially-relevant parties, the parties have agreed that the Court should dismiss Plaintiff's claims without prejudice, with costs being borne by the party incurring same, pursuant to Fed. R. Civ. P. 41.

Respectfully submitted,

GORDON, ELIAS & SEELY, L.L.P.

/s/ *Jeff Seely*

Jeff Seely *(admitted pro hac vice)*
Bar Roll #: 602942
R. Todd Elias *(admitted pro hac vice)*
Bar Roll #: 602952
1811 Bering Dr., Suite 300
Houston, Texas 77057
(713) 668-9999-Telephone
(713) 668-1980- Facsimile


Stephen R. Krawitz, Esq.

/s/ *Stephen R. Krawitz*

Northern District Bar No.: 516504
271 Madison Avenue, Suite 200
New York, New York 10016
(212) 682-0707 – Telephone
(212) 682-8821 - Facsimile

**ATTORNEYS FOR PLAINTIFF,
ACUE WICKS**


Keith Frary

/s/ *Keith Frary*

Santacrose & Frary
1 Columbia Circle
Columbia Circle Office Park
Albany, NY 12203
(518) 452-0802 – Telephone
(518) 452-1863 - Facsimile

**ATTORNEY FOR DEFENDANTS
BBX, INC. and GERALD MILLER**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACUE WICKS, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | Docket no.: 6:10-CV-1357 |
| | § | |
| VS. | § | |
| | § | |
| BBX, INC., and GERALD MILLER | § | |
| | § | |
| Defendants. | § | |

## ORDER

After considering the Parties' Stipulation of Dismissal Without Prejudice, the Court GRANTS the motion. This case is dismissed without prejudice. Costs will be borne by the party incurring same.

Signed this 13th day of February, 2012.

Utica, N.Y.

_____
UNITED STATES DISTRICT JUDGE